IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-RJ-00005

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation;
PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,

        Plaintiffs,

vs.

ROGER HERMAN, an individual; THG FLORIDA, LLC, a Colorado limited liability company; MIAMI DADE REALTY II, INC., a Florida corporation, dba Prudential Teammates Real Estate; HECTOR RODRIGUEZ, an individual; THE HERMAN GROUP, LLC, a Colorado limited liability company; HAMPDEN/CHEYENNE LLC, a Colorado limited liability company; COLORADO SPRINGS THG, LLC, a Colorado limited liability company; LEETSDALE/LIFF, LLC, a Colorado limited liability company; ARAPAHOE/WADSWORTH LLC, a Colorado limited liability company; and DOES 1-20, inclusive,

        Defendants.

THE HERMAN GROUP, LLC, a Colorado limited liability company; HAMPDEN/CHEYENNE LLC, a Colorado limited liability company; COLORADO SPRINGS THG, LLC, a Colorado limited liability company; LEETSDALE/ILIF, LLC, a Colorado limited liability company; ARAPAHOE/WADSWORTH LLC, a Colorado limited liability company,

        Counterclaimants,

vs.

PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,

        Counterdefendant.

**ORDER APPROVING STIPULATION REGARDING RELEASE OF GARNISHED FUNDS TO JUDGMENT DEBTORS**

This matter comes before the Court on the Stipulation Regarding Release of

Garnished Funds to Judgment Debtors (the "Stipulation") filed by Judgment Creditor Prudential Real Estate Affiliates, Inc. ("Plaintiff" and/or "PREA"), and Judgment Debtors Roger Herman, Colorado Springs THG, LLC, and The Herman Group, LLC (the "Judgment Debtors").

The Court, having reviewed the Stipulation and being fully advised in the premises and good cause showing, hereby approves the Stipulation.

It is ORDERED that Garnishee Walls Fargo Bank shall, within five (5) business days after being served with this Order, release the garnished funds in the following accounts as follows:

a. $13,207.01 to be released to account holder Colorado Springs THG, LLC;

b. $160.24 to be released to account holder The Herman Group, LLC; and

c. $4,157.17 to be released to account holder Roger Herman.

IT IS SO ORDERED.

DATED at Denver, Colorado, on September 11, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

2